Eugene ASHER, Movant,

v.

**COMMONWEALTH of Kentucky, Respondent.**

Supreme Court of Kentucky.

April 14, 1981.

Denver Adams, Hyden, William H. McCann, Brown, Sledd & McCann, Lexington, for movant.

Steven L. Beshear, Atty. Gen., Robert W. Hensley, Asst. Atty. Gen., Frankfort, for respondent.

## OPINION AND ORDER

The Court, having considered the briefs of movant and respondent, and having heard oral argument in this matter, is of the opinion that discretionary review was improvidently granted.

This Court's order granting discretionary review is vacated, 614 S.W.2d 249, and the case is remanded to the Court of Appeals for the issuance of its mandate.

All concur except STEPHENS, J., who did not sit.

ENTERED April 14, 1981.

John S. Palmore

Chief Justice